**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   13-cv-00476-LTB

UNITED STATES OF AMERICA ex rel
BENNETT CONTRACT GLAZING, INC.,

    Plaintiff,

v.

BIG-D CONSTRUCTION CORP., a Utah corporation;
FIDELITY & DEPOSIT COMPANY OF MARYLAND, a Maryland corporation;
ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; and
CREATIVE TIMES DAYSCHOOL, INC., d/b/a CREATIVE TIMES, INC., a Utah corporation,

    Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal With Prejudice (Doc 10 - filed July 23, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                BY THE COURT:

                                                _s/ Lewis T. Babcock_
                                                Lewis T. Babcock, Judge

DATED: July 24, 2013